**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Dezmond Ian Andres, Jr., | ) | Case No.: 1:26-cr-003 |
| | ) | |
| Defendant. | ) | |

---

On June 30, 2026, the court issued an order releasing Defendant on July 2, 2026, to the Prairie Recovery Center ("PRC") subject to several conditions. Among these conditions were the requirements that Defendant fully participate in the PRC's programming and immediately surrender to the custody of the United States Marshal Service ("USMS") should he be terminated from the PRC for any reason. (Doc. No. 71).

On August 12, 2026, Defendant was charged in a petition with violating his condition of release and a warrant for Defendant's arrest was issued. (Doc. Nos. 80 and 81). The petition alleged that Defendant had not surrendered to the USMS after he was terminated from PRC on August 11, 2026, for his ongoing threats. (Doc. No. 80).

Defendant was arrested on August 12, 2026. (Doc. No. 82). On August 14, 2026, he appeared before the court and was ordered detained pending further hearing. (Doc. Nos. 84 and 85).

Following a hearing on August 18, 2026, at which Defendant advised that he was not contesting the allegations contained in the petition, the court issued an order revoking Defendant's pretrial release and remanding him to the custody of the USMS. (Doc. No. 87).

On September 1, 2026, Defendant filed a Motion to Amend Detention Order. (Doc. No. 90).

Therein he requests that the court place him on the waiting list for a residential reentry placement and amend its August 18, 2026, order accordingly.

The court **GRANTS** Defendant's motion (Doc. No. 90). Defendant shall be added to the waiting list for a residential reentry placement. However, Defendant should appreciate that residential reentry space is limited, the waiting list is lengthy, and others may be added to the waiting list who have not had the opportunities previously afforded Defendant and may arguably be more deserving of a placement.

**IT IS SO ORDERED.**

Dated this 2nd day of September, 2026.

*/s/ Clare R. Hochhalter*
Clare R.Hochhalter, Magistrate Judge
United States District Court